■ YAN LIN et al., Respondents, v J & HE TRANSPORTATION, INC., et al., Appellants, et al., Defendants. [994 NYS2d 540]—Order, Supreme Court, New York County (George J. Silver, J.), entered May 24, 2013, which, to the extent appealed from, denied the motion of defendants J & He Transportation, Inc. (J&He) and New Hong Kong for summary judgment dismissing plaintiff Yan Lin's complaint against them, unanimously affirmed, without costs.

While defendants J&He and New Hong Kong neither owned nor operated the vehicle at issue, plaintiff Yan Lin raised triable issues of fact as to whether she reasonably relied upon the alleged misrepresentation of the driver, defendant Xiong Lin, that he was operating the vehicle on J&He's behalf, because of some misleading conduct on the part of J&He (see Hallock v State of New York, 64 NY2d 224, 231 [1984]; Fogel v Hertz Intl., 141 AD2d 375, 376 [1st Dept 1988]). Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.